# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Frederick Dandridge<br><br>               Debtor<br><br>LakeView Loan Servicing, LLC, or its Successor or Assignee<br>               Movant<br>    vs.<br><br>WILLIAM C. MILLER, Esq., Trustee<br>Frederick Dandridge<br>               Respondent(s) | Chapter 13<br>Bankruptcy No. 16-18688-mdc |

## ORDER GRANTING SETTLEMENT STIPULATION

It is hereby ORDERED that the Stipulation to Settle Motion of LakeView Loan Servicing, LLC for Relief from the Automatic Stay is hereby APPROVED.

March 4, 2019

*Magdeline D. Coleman*
_____
                                                                J.