# Best Case Bankruptcy Case Notes
## Dandridge, Frederick

16-18688

"Exhibit B"

## LEGAL FEES BREAKDOWN

    ATTORNEY FEE: $335.00/hour    4.0 hours x $335.00 = $1,340.00
    Brad J. Sadek, Esq.
    Matthew H. Lazarus, Esq.

    PARALEGAL FEE: $125.00/hour    1.7 hours x $125.00 = $ 212.50
    Karen Campling
    Meghan Hazlett

                     Total: $1,340.00 + $212.50 = $1,552.50

---

.2  
KMC                4/19/19  
Prepare and file Cert of No Response

.3  
KMC                3/22/19  
File and serve Motion to Modify.

.4  
MHL                3/18/19  
Prepare modified plan.

.4  
KMC                3/18/19  
Draft motion to modify; Gave to MHL to prep amended plan

.3  
BJS                2/21/19  
Stip letter to client

.2  
KMC                1/28/19  
File Response to MFR

.5  
BJS                1/28/19  
Draft response to motion for relief

.4  
BJS                1/22/19  
Discuss MFR with client

.4  
BJS                1/18/19  
Review motion for relief; Lvm for client to discuss

.4  
BJS                5/04/18  
Conversation with client regarding granted MFR

.3  
BJS                4/17/18  
Outgoing call to client re MFR

.4  
BJS                4/13/18  
Conversation with client regarding MFR

# Best Case Bankruptcy Case Notes
## Dandridge, Frederick

16-18688

.5
BJS                         4/09/18
    Review Motion for relief. Ltr to client regarding MFR.

.2
MEH                         6/21/17
    File Amended Schedule J

.2
MEH                         6/20/17
    File amended I

.4
MHL                         6/20/17
    Amended Schedules I & J

.2
MEH                         6/19/17
    CNR